E-FILED
Wednesday, 17 June, 2015  11:48:28 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Central District of Illinois

| | |
|---|---|
| In re CATERPILLAR INC. SHAREHOLDER DERIVATIVE LITIGATION | Case No. 1:13-cv-01104-SLD-JEH |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Interested Parties Robert Lowinger and Issek Fuchs                                                    .

Date:  06/17/2015

/s/ Jeffrey S. Abraham
*Attorney's signature*

Jeffrey S. Abraham (2333730)
*Printed name and bar number*

Abraham, Fruchter & Twersky, LLP
One Penn Plaza, Suite 2805
New York, NY 10119
*Address*

jabraham@aftlaw.com
*E-mail address*

(212) 279-5050
*Telephone number*

(212) 279-3655
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

In re CATERPILLAR INC. SHAREHOLDER ) 
DERIVATIVE LITIGATION ) Case No. 1:13-cv-01104-SLD-JEH

CERTIFICATE OF SERVICE

I certify that on  06/17/2015 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

Counsel of Record,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

/s/ Jeffrey S. Abraham
*Attorney's signature*

Jeffrey S. Abraham (2333730)
*Printed name and bar number*

Abraham, Fruchter & Twersky, LLP
One Penn Plaza, Suite 2805
New York, NY 10119
*Address*

jabraham@aftlaw.com
*E-mail address*

(212) 279-5050
*Telephone number*

(212) 279-3655
*Fax number*