Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Iron Workers Mid-South Pension Fund, )
Michael D. Wolin, Derivatively on )
Behalf of Caterpillar, Inc., )
City of Sterling Heights General Employees' )
Retirement System. )
The Ellen J. Stokar IRA )
**Plaintiffs** )

vs.    Case Number: 1:13-cv-01104

Douglas R. Oberhelman, Edward J. Rapp, )
William A. Osborn, Daniel M. Dickinson, )
Jesse J. Greene, Jr., Dennis A. Muilenburg, )
David R. Goode, Peter A. Magowan, )
Joshua I. Smith, Juan Gallardo, )
Charles D. Powell, Edward B. Rust, Jr., )
Susan C. Schwab, Miles D. White, )
David L. Calhoun, Jon M. Huntsman, Jr., )
Eugene V. Fife, Caterpillar Inc, Issek FUCHS )
**Defendants** )

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**. This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** the Court grants Defendants' Motion to Dismiss. Judgment is entered in Defendants' favor and against Plaintiffs. This case is closed.

**Dated:** 9/30/2016

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court